**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6901**

_____

RUSSELL SMITH,

                   Plaintiff - Appellant,

          v.

KRISTEN TYLER, Captain, State official, individually and in
her official capacity as Captain Eastern Correctional
Institution; LIEUTENANT CLAYTON, State official,
individually and in his official capacity as Lieutenant
Eastern Correctional Institution; SERGEANT COLOMA, State
official, individually and in his official capacity as
Sergeant Eastern Correctional Institution; OFFICER STACEY,
State official, individually and in her official capacity as
Correctional officer Eastern Correction Institution;
KATHLEEN GREEN; PAUL ZIOLKOWSKI; JAMIE BALDERSON; SCOTT S.
OAKLEY; LEONORA C. ADEGBESAN; MICHAEL J. STOUFFER; MICHAEL
MILLER,

                   Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:09-cv-01061-PJM)

_____

Submitted: November 17, 2011      Decided: November 23, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Russell Smith, Appellant Pro Se. Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Tyler, No. 8:09-cv-01061-PJM (D. Md. Feb. 15 & May 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3